UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
GEORGIA GREENE

CASE NO. 04 B 31693

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-5940

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/25/04 and confirmed on 11/24/04.

2. The case was converted to Chapter 7 after confirmation, 08/29/2008.

3. The Debtor paid a total of $ 12696.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | 5258.19 | 557.01 | 5258.19 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN COLLECTIO | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 569.13 | .00 | 20.82 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 288.57 | .00 | 10.56 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4734.23 | .00 | 4734.23 |
| AMERICASH ADVANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 446.14 | .00 | 16.32 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 3494.55 | .00 | 127.85 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 464.75 | .00 | 17.01 |
| INTERNAL REVENUE SERVICE | UNSECURED | 446.89 | .00 | 16.35 |
| FIRST CHICAGO LAW PC | ORIGINAL ATTO | 1400.00 | .00 | 1400.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5258.19 | 6134.23 | 5710.03 | .00 | 17102.45 |
| PRINCIPAL PAID | 5258.19 | 6134.23 | 208.91 | .00 | 11601.33 |
| INTEREST PAID | 557.01 | .00 | .00 | .00 | 557.01 |
| TOTAL PAID | 5815.20 | 6134.23 | 208.91 | .00 | 12158.34 |

The Debtor's attorney, RONALD D CUMMINGS             , was allowed $       .00 and was paid $      .00 .

The Trustee received $    537.66 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE  2
         CASE NO. 04 B 31693 GEORGIA GREENE